**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                                                  Case No.:1:08cr1-SPM

CINDY ACEVEDO,

       Defendant.
_____/

## ACCEPTANCE OF GUILTY PLEA

PURSUANT TO the Report and Recommendation (doc. 37) of the United States Magistrate Judge, to which there have been no timely objections, and subject to the Court's consideration of any plea agreement pursuant to Federal Rule of Criminal Procedure 11(e)(2), the plea of guilty of the defendant, **CINDY ACEVEDO,** to Counts 1 through 13 and 15 through 53 of the indictment is hereby ACCEPTED.  All parties shall appear before this Court for sentencing as directed.

DONE AND ORDERED this <u>twenty-fourth</u> day of July, 2008.


                              *s/ Stephan P. Mickle*
                              Stephan P. Mickle
                              United States District Judge