IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.   CASE NO.: 1:08cr1-SPM/AK

CINDY ACEVEDO,

    Defendant.
_____/

**ORDER GRANTING MOTION TO CONTINUE SENTENCING**

THIS CAUSE comes before the Court on the Defendant's Motion to Continue Sentencing (doc. 45). The Defendant requests a thirty (30) day continuance of her sentencing.

Good cause being found, it is ORDERED AND ADJUDGED as follows:

1. The Defendant's motion to continue (doc. 45) is *granted*.

2. The Defendant's sentencing hearing is reset for *Monday, November 3, 2008 at 1:30 p.m.*

SO ORDERED this third day of October, 2008.

    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    United States District Judge