UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  1:08-CR-1-SPM/AK

CINDY NICOLE ACEVEDO,

      Defendant.
_____/

## ORDER GRANTING REMISSION OF SPECIAL MONETARY ASSESSMENT

THIS CAUSE CAME before the Court for consideration upon the Government's Motion (doc. 57), in accordance with the provisions of 18 U.S.C. § 3573, for remission of the special monetary assessment imposed on January 5, 2009, against defendant, CINDY NICOLE ACEVEDO. The court has considered the Motion and the pertinent parts of the record and being otherwise fully advised in the premises,

**IT IS HEREBY ORDERED AND ADJUDGED** that good cause having been shown, the Motion (doc. 57) is granted and the special monetary assessment, plus interest and penalties, if any, imposed on January 5, 2009, is hereby vacated and remitted, and all such moneys shall be applied toward restitution.

**DONE AND ORDERED** this eighteenth day of August, 2009.

                        *s/ Stephan P. Mickle*
                        Stephan P. Mickle
                        Chief United States District Judge